IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE LEE**  **PLAINTIFF**
**ADC #178946**

v.  4:22-cv-00042-JM-JJV

**MARK GOBER, Sheriff,**
**Drew County,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by Magistrate Judge Joe J. Volpe. Plaintiff has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the Recommendation in all respects.

IT IS THEREFORE ORDERED that:

The Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Dismissal should count as a "strike" pursuant to 28 U.S.C. § 1915(g). This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE