**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHANE LEE**                                                                                          **PLAINTIFF**
**ADC #178946**

**v.**                                          **4:22-cv-00042-JM-JJV**

**MARK GOBER, Sheriff,**
**Drew County,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, the Complaint is DISMISSED without prejudice, and this case is CLOSED. All relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE